

NUMBER 13-13-00429-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE THE ROSSLER FAMILY GRANDCHILDREN'S TRUST NUMBER ONE

---

On appeal from the 214th District Court
of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellants, Mark Knoblauch and Katrina Knoblauch Williams, attempted to perfect an appeal from an order signed on March 21, 2013 in the 214th District Court of Nueces County in trial court cause number 2012DCV-5516-F. Appellants have now filed an unopposed motion to dismiss their appeal. According to the motion, all issues in dispute in this case have been rendered moot through the rendition of an agreed final judgment. Appellants therefore request that we dismiss this appeal as moot.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellants' motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
12th day of September, 2013.